# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: WILLIAM GAY

EX PARTE Case No: 07-45486- swr

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Nancy C. McMillan, on behalf of NCO GROUP INC., applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $2,876.21, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor, NCO GROUP INC..

Applicant further states that:

1. Applicant is the duly authorized representative for the entity named as the creditor. Applicant has reviewed records of the creditor and states that he has no knowledge of any other application for this claim being submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made a part of this application.

If Applicant is either a family member of a deceased creditor or a successor in interest to the individual, entity or business named as the creditor an original power of attorney conforming to the official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the applicant is entitled to submit an application for this claim.

Respectfully submitted June 4, 2009.

                                                   NCO GROUP INC., Creditor
                                                   (FID#23-1670927)

                                                   By: /s/Nancy C. McMillan
                                                      American Property Locators, Inc.
                                                       3855 South Boulevard, Suite 200
                                                       Edmond, OK 73013
                                                       (405) 340-4900

# LIMITED POWER OF ATTORNEY

NCO Financial Systems, Inc. appoints Nancy C. McMillan of American Property Locators, Inc. as its attorney in fact to recover, receive, or obtain information pertaining to the unclaimed funds of **NCO GROUP INC.** in connection with the bankruptcy of WILLIAM GAY. The undersigned's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of the undersigned) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering the unclaimed funds. The undersigned authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

This Limited Power of Attorney revokes all previous powers of attorney, if any, covering the same subject matter.

NCO Financial Systems, Inc.

By: _____
Joshua Gindin
Executive Vice President and General
Counsel

507 Prudential Road
Horsham, PA 19044

Tax ID No 23-1670927

Signed this 30th day of May, 2009

Commonwealth of Pennsylvania)

County of Montgomery)

Before me Joshua Gindin personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his free act.

Signature _____          NOTARY SEAL
My Commission Expires July 22, 2012

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Elizabeth J. Capaldo, Notary Public
Horsham Township, Montgomery County
My commission expires July 22, 2012

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: WILLIAM GAY

                        Case No:    07-45486

                        Chapter 7

### AFFIDAVIT OF CREDITOR

NCO Financial Systems, Inc., on behalf of NCO FINANCIAL GROUP INC., the undersigned creditor in the above referenced case declares as follows:

    1.    Nancy C. McMillan, of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by me to submit an Application For Payment From Unclaimed Funds seeking payment of claim number 7, in the amount of $2,876.21 due and owing to me as a creditor in the above referenced bankruptcy case.

    2.    My name, position with the company, address and telephone number are as follows:

Joshua Gindin
Executive Vice President and General
NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044
(215) 441-3858

    3.    Creditor History: Substantiate creditor's right to the claim, including but not limited to documents relating to sale of company, i.e., purchase agreements and/or

stipulation by prior and new owner as to right of ownership. Attach certified copies of all necessary documentation.

4. I (or the company which I represent) have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.

I declare under penalty of perjury that the foregoing copy is true and correct.

Date: *May 29, 2009*

NCO Financial Systems, Inc.

By: _____
Creditor

TaxID# 23-1670927

STATE OF PENNSYLVANIA )
) ss.
COUNTY OF MONTGOMERY )

Sworn to and subscribed before me this
*29th* day of *May*, 200*9*.

_____
Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Elizabeth J. Capaldo, Notary Public
Horsham Township, Montgomery County
My commission expires July 22, 2012



Joshua Gindin, Esquire
Executive Vice President
& General Counsel

507 Prudential Road
Horsham, PA 19044

(800) 220-2274, Ext. 2358
(215) 441-2859
Fax: (215) 441-3931
josh.gindin@ncogroup.com

| Form **W-9** (Rev. January 2003) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name**
NCO Financial Systems, Inc.

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other ▶ ..........  ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
507 Prudential Road

City, state, and ZIP code
Horsham, PA 19044

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For Individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number

or

Employer identification number
2 3 – 1 6 7 0 9 2 7

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**  Signature of U.S. person ▶ [signature]  Date ▶ 6/28/04

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X   Form **W-9** (Rev. 1-2003)

CERTIFICATE OF AUTHORITY TO ACT FOR
NCO Financial Systems, Inc

**BE IT ACKNOWLEDGED,** that I <u>Michael J. Barrist</u>, as <u>CEO</u> of <u>NCO Financial Systems, Inc.</u> do hereby certify that <u>Joshua Gindin</u> has the authority to act on behalf of NCO Financial Systems, Inc in all bankruptcy matters for NCO Financial Systems, Inc and its subsidiaries/acquisitions or affiliates.

I affirm that the foregoing is true this _22_ day of _February_ 20 _06_

_____
Michael J. Barrist
CEO
NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

---

STATE OF _PA_ )
COUNTY OF _Montgomery_ )

On this _22_ day of _February_, 20 _06_ before me _Michael J. Barrist_ personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_Mary Ann Armstrong_
Signature

Affiant: Known ✓ or Produced ID _____
Type of ID _____

My commission expires: _5/21/09_

Commonwealth of Pennsylvania
**NOTARIAL SEAL**
MARY ANN ARMSTRONG, NOTARY PUBLIC
Horsham Township, Montgomery County
My Commission Expires May 21, 2009

Exhibit _C_
Page _1_ of _1_

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
Form 10-K

(Mark One)

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the Fiscal Year ended December 31, 2003

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File No. 0-21639

NCO GROUP, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Pennsylvania | 23-2858652 |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| 507 Prudential Road, Horsham, Pennsylvania | 19044 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (215) 441-3000

Securities registered pursuant to Section 12(b) of the Act: None

Securities registered pursuant to Section 12(g) of the Act: Common stock, no par value
(Title of Class)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes [X] No [ ]

The aggregate market value of voting and nonvoting common equity held by nonaffiliates was approximately $412,067,723(1).

The number of shares of the registrant's common stock outstanding as of March 12, 2004 was 26,035,777.

Exhibit A
Page 1 of 5

*Continue to explore strategic acquisition opportunities* – During 2002, we completed the acquisitions of Great Lakes Collection Bureau, Inc. and The Revenue Maximization Group, Inc.

On November 18, 2003, NCO and RMH Teleservices, Inc., referred to as RMH, a provider of customer relationship management services, announced that they entered into an agreement by which RMH would be merged with a wholly owned subsidiary of NCO. Pursuant to the proposed merger, we would acquire RMH in a transaction expected to be tax-free to the shareholders of RMH. Under the RMH merger agreement, as amended, RMH's shareholders will receive 0.2150 shares of NCO common stock for each share of RMH common stock. The transaction is subject to a collar arrangement. It is anticipated that the Company will issue approximately 3.4 million shares of NCO common stock to RMH's shareholders. It is also anticipated that the Company will issue approximately 593,000 additional shares of NCO common stock upon the exercise of currently outstanding options and warrants to purchase RMH common stock to be assumed by the Company in the merger. This acquisition is expected to be completed in April 2004. We believe that RMH's customer relationship management services will enhance our ability to provide a broader range of business process outsourcing services to our clients in various industry sectors.

On December 15, 2003, NCO and NCO Portfolio announced that they entered into an agreement by which NCO Portfolio would be merged with a wholly owned subsidiary of NCO. We currently own approximately 63.3 percent of the outstanding stock of NCO Portfolio and pursuant to the proposed merger would acquire all NCO Portfolio shares that we do not own in a transaction expected to be tax-free to the stockholders of NCO Portfolio. Michael J. Barrist, chairman of the board, president and chief executive officer of NCO, also serves as chairman of the board, president and chief executive officer of NCO Portfolio and beneficially owns 2.8 percent of NCO Portfolio's outstanding common stock, excluding stock options. Under the NCO Portfolio merger agreement, NCO Portfolio's minority stockholders will receive 0.36187 of a share of NCO common stock for each share of NCO Portfolio common stock. We will issue approximately 1.8 million shares of NCO common stock to NCO Portfolio's minority stockholders. Under the NCO Portfolio merger agreement, if the average closing sale price of NCO common stock for the 10 day trading period ending on the second day prior to the closing date of the transaction were to be less than $21.50 per share, NCO Portfolio would have the right to terminate the NCO Portfolio merger agreement unless we were to agree to improve the exchange ratio so that the NCO Portfolio minority stockholders receive that number of shares of NCO common stock with a value equivalent to the $21.50 price, based on such 10 trading day average stock price. We will also assume all outstanding NCO Portfolio stock options. This transaction is expected to be completed in March 2004. We believe that the combined company will be able to more effectively pursue, in a coordinated manner, strategic growth opportunities and other expansion strategies, in part due to improved integration and coordination between NCO Portfolio and us.

The accounts receivable management and collection industry is highly fragmented with over 6,500 participants in the United States. The vast majority of these participants are small, local businesses. Although our current focus is on internal growth and the integration of the RMH and NCO Portfolio acquisitions, we believe we will continue to find attractive acquisition opportunities over time.

*HIPAA compliance* – During 2003, we completed the implementation of new policies and procedures designed to ensure our continuing compliance with the new standards for privacy, data security, and administrative simplification under the Health Insurance Portability and Accountability Act of 1996, referred to as HIPAA. We enhanced our data security programs, tested and upgraded, as necessary, physical security at all healthcare service centers, and completed the implementation of HIPAA privacy training for all healthcare staff. We continued the rollout of HIPAA privacy practices as the "best practices" across all of our business lines to ensure the protection and the confidentiality of all clients' data.

-6-

Exhibit A
Page 2 of 5

History of Acquisitions

The following is a summary of the acquisitions we completed since 1994 (dollars in thousands):

| | Date Acquired | Business | Value of Purchase Price | Revenue for the Fiscal Year Prior to Acquisition |
|---|---|---|---|---|
| The Revenue Maximization Group, Inc. | 12/9/02 | A/R Management | $ 17,500(1) | $ 24,648 |
| Great Lakes Collection Bureau, Inc. | 8/19/02 | A/R Management and Purchased A/R | 33,000(2) | 52,250 |
| Creditrust Corporation | 2/20/01 | Purchased A/R | 25,000(3) | 36,491 |
| Compass International Services Corporation | 8/20/99 | A/R Management and Telemarketing | 104,100 | 105,860(4) |
| Co-Source Corporation | 5/21/99 | A/R Management | 124,600 | 61,100 |
| JDR Holdings, Inc. | 3/31/99 | A/R Management and Telemarketing | 103,100 | 51,000 |
| Medaphis Services Corporation | 11/30/98 | A/R Management | 117,500 | 96,700 |
| MedSource, Inc. | 7/1/98 | A/R Management | 35,700(5) | 22,700 |
| FCA International Ltd. | 5/5/98 | A/R Management | 69,900 | 62,800 |
| The Response Center | 2/6/98 | Market Research | 15,000 | 8,000 |
| Collections Division of American Financial Enterprises, Inc. | 1/1/98 | A/R Management | 1,700 | 1,700 |
| ADVANTAGE Financial Services, Inc. | 10/1/97 | A/R Management | 5,000 | 5,100 |
| Credit Acceptance Corporation | 10/1/97 | A/R Management | 1,800 | 2,300 |
| Collections Division of CRW Financial, Inc. | 2/2/97 | A/R Management | 12,800 | 25,900 |
| CMS A/R Services | 1/31/97 | A/R Management | 5,100 | 6,800 |
| Tele-Research Center, Inc. | 1/30/97 | Market Research and Telemarketing | 2,200 | 1,800 |
| Goodyear &Associates, Inc. | 1/22/97 | A/R Management | 5,400 | 5,500 |
| Management Adjustment Bureau, Inc. | 9/5/96 | A/R Management | 9,000 | 13,500 |
| Collections Division of Trans Union Corporation | 1/3/96 | A/R Management | 4,800 | 7,000 |
| Eastern Business Services, Inc. | 8/1/95 | A/R Management | 2,000 | 2,000 |
| B. Richard Miller, Inc. | 4/29/94 | A/R Management | 1,400 | 1,300 |

(1) Includes $889,000 of debt repaid by us.
(2) NCO Group, Inc. acquired the net assets and the results of operations for $10.1 million, and NCO Portfolio Management, Inc. acquired the purchased accounts receivable for $22.9 million.
(3) We merged our subsidiary NCO Portfolio Management, Inc. with Creditrust Corporation. We own approximately 63 percent of the post-merger company.
(4) Pro Forma Revenue - Assumes the acquisitions completed by Compass International Services Corporation in 1998 and the sale of its Print and Mail Division were all completed on January 1, 1998.
(5) Includes $17.3 million of debt repaid by us.

-14-

Exhibit A
Page 3 of 5

Exhibit 21.1

Subsidiaries



| Name | Jurisdiction of Formation |
| --- | --- |
| NCO Financial Systems, Inc. | Pennsylvania |
| NCO Funding, Inc. | Delaware |
| NCO Financial Services, Inc. | Canada |
| PCA Funding, Inc. | Delaware |
| NCO Portfolio Management, Inc. * | Delaware |
| Compass International Services Corporation | Delaware |
| NCO Financial Services (UK), Limited | United Kingdom |
| NCO Financial Systems of Puerto Rico, Inc. | Puerto Rico |
| JDR Holdings, Inc. | Delaware |
| NCO Holdings, Inc. | Delaware |
| NCO Benefit Systems, Inc. | Pennsylvania |

* Owns 24 subsidiaries operating in the United States engaged in the ownership of delinquent receivables.

Note: This table does not include any subsidiary that is not required to be listed pursuant to Item 601 (b) (21) of Regulation S-K.

```
</TEXT>
</DOCUMENT>
```

## CERTIFICATE OF MAILING

    I hereby certify that on June 4, 2009, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

U.S. Attorney
Attn: Mr. Michael Wicks
Civil Div.-Fin. Litigation
211 W. Fort, Ste 2300
Detroit, MI 48226-3211

            /s/Nancy C. McMillan

In re: WILLIAM GAY

Case No:    07-45486 swr

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Creditor information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Five Hundred Fifty-Five and 34/100</u> dollars ($2,876.21), of unclaimed funds held in the U.S. Treasury to:

    NCO Financial Systems Inc.

    c/o Nancy C. McMillan
    American Property Locators, Inc.
    3855 S. Boulevard, Ste. 200
    Edmond, Oklahoma, 73013

Dated:_____

                                            Steven Rhodes
                                            United States Bankruptcy Judge